■ PORTFOLIO RECOVERY ASSOCIATES, LLC, as Purchaser of GE CAPITAL RETAIL BANK, Respondent, v SHELLY FIUMANO, Appellant. [38 NYS3d 507]—Appeal from an order of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered August 5, 2015. The order denied the motion of defendant for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on July 1, 2016, and filed in the Ontario County Clerk's Office on July 19, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Centra, NeMoyer, Troutman and Scudder, JJ.